**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

(1) MATTHEW ROBERTSON,    )
               )
    Plaintiff,      )
               )
v.            )  Case No. _____
               )
(1) LTF CLUB OPERATIONS COMPANY, )  State Court Case No. CJ-2025-1326
INC. d/b/a LIFE TIME a/k/a LIFE TIME )  Oklahoma County District Court
FITNESS,         )
               )
    Defendant.

## NOTICE OF REMOVAL

COMES NOW, Defendant LTF Club Operations Company, Inc. d/b/a Life Time a/k/a Life Time Fitness ("Life Time" or "Defendant"), and hereby notifies the Court and the parties that it is removing this action to the United States District Court for the Western District of Oklahoma pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. The State Court Docket Sheet and all pleadings filed therein are submitted contemporaneously as Exhibits 1 through 3.

### I. Introduction

Plaintiff Matthew Robertson ("Plaintiff") filed this action on February 26, 2025, in the District Court of Oklahoma County, State of Oklahoma, styled *Matthew Robertson v. LTF Club Operations Company, Inc. d/b/a Life Time a/k/a Life Time Fitness*, Case No. CJ-2025-1326. (Petition, attached as Exhibit 2). Plaintiff alleges that Defendant negligently failed to safely maintain its premises and to warn of a hidden danger on Defendant's premises.

### II. Procedural Requirements

Pursuant to 28 U.S.C. § 1446(b), removal from the District Court of Oklahoma County, Oklahoma, to the Western District of Oklahoma is timely. On March 3, 2025, the Petition and Summons were delivered by certified mail to the Defendant's registered agent, Cogency Global,

Inc. (Exhibit 4). Defendant's removal of this action, which is filed within 30 days of the date that Defendant's registered agent received a copy of the Petition and Summons, is timely.

## III.    Jurisdiction

Defendant has the right to remove, and this Court has original jurisdiction under 28 U.S.C. §§ 1332(a), 1441(b), and 1446(c). The amount in controversy exceeds $75,000.00 exclusive of interest and costs, and complete diversity exists amongst the parties. Paragraph 5 of Plaintiff's Petition requests damages in excess of $75,000.00. (Petition, attached as Exhibit 2). Although Plaintiff failed to identify in which state Plaintiff is a citizen, upon information and belief, Plaintiff is a citizen of the State of Oklahoma. (Answer and Counterclaims, attached as Exhibit 3 at p. 5, ¶ 2). Defendant is a Minnesota Corporation with its principal place of business in Minnesota. (Answer and Counterclaims, attached as Exhibit 3 at p. 5, ¶ 1). Therefore, complete diversity of citizenship exists between the parties.

## IV.    Conclusion

This action is properly removed pursuant to 28 U.S.C. § 1441. A copy of this Notice of Removal is being served upon Plaintiff's counsel of record. A copy of this Notice of Removal will also be filed with the Clerk of the District Court of Oklahoma County. A copy of the docket sheet in the Oklahoma County District Court case is attached hereto as Exhibit 1 pursuant to LCvR81.2. Copies of documents filed or served upon Defendant in the District Court of Oklahoma County are made part of this Notice. (Exhibit 2). Defendant therefore removes this case to the United States District Court for the Western District of Oklahoma. By removing this action to this Court, Defendant does not waive any defenses, objections, or motions available under state or federal law.

Respectfully Submitted,

Robert D. James, OBA #16667
Kayla N. Finnegan, OBA #34651
CONNER & WINTERS, LLP
4100 First Place Tower
15 E. 5th Street
Tulsa, OK 74103
918-586-5711
*Rob.James@cwlaw.com*
*KFinnegan@cwlaw.com*

*Attorneys for Defendant LTF Club Operations Company, Inc. d/b/a Life Time a/k/a Life Time Fitness*

3

## **CERTIFICATE OF SERVICE**

On March 26, 2025, I send this document for entry into CM/ECF by sending an email to **NEWCASES@OKWD.USCOURTS.GOV**.

_____

Kayla N. Finnegan