**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| (1) MATTHEW ROBERTSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 5:25-cv-00353-HE |
| | ) | |
| (1) LTF CLUB OPERATIONS COMPANY, | ) | State Court Case No. CJ-2025-1326 |
| INC. d/b/a LIFE TIME a/k/a LIFE TIME | ) | Oklahoma County District Court |
| FITNESS, | ) | |
| | ) | |
| Defendant. | | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, LTF Club Operations Company, Inc. d/b/a Life Time a/k/a Life Time Fitness who is a DEFENDANT in this action, makes the following disclosures:

1.  **Is party a publicly held corporation or other publicly held entity?**

    (Check one)    ☒ YES        ☐ NO

2.  **Does party have any parent corporations?**

    (Check one)    ☒ YES        ☐ NO

    If YES, identify all parent corporations, including grandparent and great-grandparent corporations: LIFE TIME, INC. is the parent corporation of Defendant; LIFE TIME GROUP HOLDINGS, INC., a public company, is the parent corporation of LIFE TIME, INC. and owns at least 10% of LIFE TIME, INC.'s stock

3.  **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

    (Check one)    ☒ YES        ☐ NO

    If YES, identify all such owners:    LIFE TIME GROUP HOLDINGS, INC., see above.

4.  **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

    (Check one)    ☐ YES        ☒ NO

    If YES, identify entity and nature of interest: N/A

1

5.    **Is party a trade association?**

(Check one)    ☐ YES        ☒ NO

If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:    N/A

Dated this 26th day of March 2025.

Respectfully Submitted,

Robert D. James, OBA #16667
Kayla N. Finnegan, OBA #34651
CONNER & WINTERS, LLP
4100 First Place Tower
15 E. 5th Street
Tulsa, OK   74103
918-586-5711
*Rob.James@cwlaw.com*
*KFinnegan@cwlaw.com*

*Attorneys for Defendant LTF Club Operations Company, Inc. d/b/a Life Time a/k/a Life Time Fitness*

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Kelly A. George
DeeAnn L. Germany

Kayla N. Finnegan

3