## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

(1) MATTHEW ROBERTSON,   )
             )
   Plaintiff,      )
             )
v.             )  Case No.5:25-cv-00353-HE
             )
(1) LTF CLUB OPERATIONS COMPANY, )  State Court Case No. CJ-2025-
INC. d/b/a LIFE TIME a/k/a LIFE TIME )  1326
FITNESS,         )  Oklahoma County District Court
             )
   Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Matthew Roberston and Defendant LFT Club Operations Company, Inc. d/b/a Life Time a/k/a Life Time Fitness (collectively referred to as the "Parties") advise the court that the Parties wish to dismiss all causes of action and counterclaims as between these Parties in regard to the above-referenced matter with prejudice against re-filing. The Parties stipulate and agree this cause can be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

WHEREFORE the Parties respectfully pray the above titled action be dismissed with prejudice.

Submitted this 11th day of April 2025.

Respectfully Submitted,

Robert D. James, OBA #16667
Kayla Finnegan, OBA #34651
CONNER & WINTERS, LLP
4100 First Place Tower
15 E. 5th Street
Tulsa, OK  74103
918/586-8517
Rob.james@cwlaw.com
Kfinnegan@cwlaw.com

*Counsel for LFT Club Operations Company, Inc.*

And

Kelly George
DeeAnn Germany
James Scimeca
Burch, George & Germany
204 N. Robinson Avenue, Suite 1500
Telephone: (405) 239-7711
kellygeorge@burch-george.com

*Counsel for Matthew Roberston*